Paul Marron, Esq., State Bar No. 128245
MARRON LAWYERS
320 Golden Shore, Suite 410
Long Beach, CA 90802
(562) 432-7422

Attorneys for Plaintiffs SuperShuttle International, Inc., SuperShuttle Franchise Corporation, SuperShuttle Los Angeles, Inc., Mini-Bus Systems, Inc., Sacramento Transportation Services, Inc., SuperShuttle San Francisco, Inc. and Cloud 9 Shuttle, Inc

Additional Counsel Listed on Next Page

UNITED STATES DISCTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERSHUTTLE INTERNATIONAL, INC., SUPERSHUTTLE FRANCHISE CORPORATION, SUPERSHUTTLE LOS ANGELES, INC., MINI-BUS SYSTEMS, INC., SACRAMENTO TRANSPORTATION SERVICES, INC., SUPERSHUTTLE OF SAN FRANCISCO, INC. AND CLOUD 9 SHUTTLE, INC.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PATRICK W. HENNING, CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, AND DOES 1 THROUGH 30, INCLUSIVE, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 09-CV-1825-JAH (NLS)<br><br>**Assigned to Hon. Judge John A. Houston**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Shane F. Loomis]<br><br>Hearing Date: May 27, 2010<br>Time: 11:00 a.m.<br>Courtroom: G<br>Location: 880 Front Street, Ground Floor<br>          San Diego, California 92101<br><br>Complaint Filed:   8/21/09 |

///

///

1

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**(3:09-CV-01825-JAH(NLS))**

014561/2007-1080.030

Additional Counsel for Plaintiffs

Jerome P. Burger, Esq., State Bar No. 167045
Steven C. Rice, Esq. State Bar No. 109659
Shane F. Loomis, Esq., State Bar No. 247574
MARRON LAWYERS
320 Golden Shore, Suite 410
Long Beach, CA 90802
(562) 432-7422
E-mail: jburger@marronlaw.com
E-mail: srice@marronlaw.com
E-mail: sloomis@marronlaw.com

Attorneys for Plaintiffs SuperShuttle International, Inc.,
SuperShuttle Franchise Corporation, SuperShuttle
Los Angeles, Inc., Mini-Bus Systems, Inc., Sacramento
Transportation Services, Inc., SuperShuttle
San Francisco, Inc. and Cloud 9 Shuttle, Inc.

2

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**
**(3:09-CV-01825-JAH(NLS))**

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 27, 2010, at 11:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom G, 880 Front Street, San Diego, California 92101, Plaintiffs will and hereby does move this Court for an order compelling Defendants to produce documents. Defendants also move for an order that Plaintiff pay to the moving party the sum of $2,616 as the reasonable costs and attorney fees incurred by Defendants in connection with this proceeding.

This motion is made on the grounds that said documents were relevant to the subject matter of the action and did not relate to privileged matters, and the refusal to produce documents is without justification.

This motion is made on the grounds that Defendants refusal to respond is without justification and that the documents requested are relevant to the subject matter of the action and do not relate to privileged matters. The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the declaration of Shane F. Loomis, filed herewith.

Dated: April 26, 2010                                    MARRON LAWYERS

By: s/Shane F. Loomis
Paul Marron, Esq.
Jerome P. Burger, Esq.
Steven C. Rice, Esq.
Shane F. Loomis, Esq.
Attorneys for Plaintiffs SuperShuttle International, Inc., SuperShuttle Franchise Corporation, SuperShuttle Los Angeles, Inc., Mini-Bus Systems, Inc., Sacramento Transportation Services, Inc., SuperShuttle San Francisco, Inc. and Cloud 9 Shuttle, Inc.

# CERTIFICATE OF SERVICE

Case Name: SuperShuttle International, Inc. v. Patrick W. Henning, et al.
Case No.: 09-CV-1825-JAH(NLS)

I hereby certify that on April 26, 2010, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 26, 2010, at Long Beach, California

| Mini Leano | s/ Mini Leano |
|---|---|
| Declarant | Signature |