# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SuperShuttle International, Inc.; SuperShuttle Franchise Corporation; SuperShuttle Los Angeles, Inc; Mini-Bus Systems, Inc.; Sacramento Transportation Service, Inc.; SuperShuttle of San Francisco, Inc.; Cloud 9 Shuttle, Inc.;

V.

Patrick W. Henning; California Employment Development Department; Does 1-30, inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09CV1825-JAH(BGS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion to dismiss complaint without prejudice is granted.

| September 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk

ENTERED ON September 2, 2010

09CV1825-JAH(BGS)